699 F.2d 242
 Mrs. A.O. BARTON (Formerly Lillian Daigre Jumonville),
Plaintiff-Appellant,
v.
John E. JUMONVILLE and Andrew J.S. Jumonville and John C.B.
Jumonville, Provisional Co-Curators of the Estate
of John E. Jumonville, Sr., Defendants-Appellees.
 No. 82-3160.
 United States Court of Appeals,
Fifth Circuit.
 Feb. 28, 1983.
 
 James L. Dendy, Sumpter B. Davis, III, Baton Rouge, La., for plaintiff-appellant.
 Domengeaux & Wright, Bob F. Wright, Lafayette, La., William S. Strain, Baton Rouge, La., for defendants-appellees.
 Appeal from the United States District Court for the Middle District of Louisiana; John V. Parker, Judge.
 Before THORNBERRY, GEE and REAVLEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment is affirmed for the reasons given in the decision of the district court. Barton v. Jumonville, 528 F.Supp. 887 (M.D.La.1981).
 
 
 2
 AFFIRMED.